■ MAJOR J. CUNNINGHAM, Appellant, v NUSSBAUMER & CLARKE, INC., et al., Respondents, et al., Defendants. — Order unanimously affirmed, without costs, for the reasons stated in the memorandum decision at Special Term, Broughton, J. (Appeal from order of Supreme Court, Erie County, Broughton, J. — summary judgment.) Present — Dillon, P. J., Denman, Boomer, Green and Schnepp, JJ.

■ ROGER TUMBER et al., Appellants, v NEW YORK STATE ELECTRIC & GAS CORPORATION, Respondent. — Judgment unanimously affirmed, without costs, for reasons stated in decision at Special Term, Ellison, J. (Appeal from judgment of Supreme Court, Cayuga County, Ellison, J. — summary judgment.) Present — Dillon, P. J., Denman, Boomer, Green and Schnepp, JJ.